GUARANTY TRUST COMPANY OF NEW YORK, Respondent, *v.* STATE OF NEW YORK, Appellant. (Claim No. 27969.)

Submitted January 3, 1949; decided January 13, 1949.

*Ralph M. Carson, William R. Meagher* and *Aloysius J. Castellano* for motion to dismiss appeal.

*Nathaniel L. Goldstein, Attorney-General* (*Wendell P. Brown, Kent H. Brown* and *John R. Davison* of counsel), opposed.

Motion to dismiss appeal denied. Application [by claimant-respondent] for leave to submit a brief on the merits granted.